◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON ANDERSON, Appellant. [40 NYS3d 315]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered November 17, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06 [5]), defendant contends that his waiver of the right to appeal was invalid. We reject that contention inasmuch as the record demonstrates that the waiver was knowingly, intelligently, and voluntarily entered (*see People v Carson*, 64 AD3d 1194, 1194 [2009], *lv denied* 13 NY3d 835 [2009]; *see generally People v Sanders*, 25 NY3d 337, 341-342 [2015]). Defendant's valid waiver of the right to appeal encompasses both his contention that County Court erred in denying his suppression motion (*see Sanders*, 25 NY3d at 342), and his challenge to the severity of his sentence

(*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present— Carni, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.